# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**248**

**TP 12-01865**

PRESENT: SMITH, J.P., FAHEY, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF SENECA PATTERSON, PETITIONER,

V                                              MEMORANDUM AND ORDER

BRIAN FISCHER, COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (ADAM W. KOCH OF
COUNSEL), FOR PETITIONER.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (JONATHAN D. HITSOUS OF
COUNSEL), FOR RESPONDENT.

---

Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Wyoming County [Mark H.
Dadd, A.J.], entered October 3, 2012) to review a determination of
respondent. The determination revoked the postrelease supervision of
petitioner.

It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is dismissed.

Memorandum: Petitioner commenced this proceeding pursuant to
CPLR article 78 seeking to annul the determination revoking his period
of postrelease supervision and imposing a time assessment of 16
months. " '[A] determination to revoke parole [or postrelease
supervision] will be confirmed if the procedural requirements were
followed and there is evidence which, if credited, would support such
determination' " (*Matter of Graham v Dennison*, 46 AD3d 1467, 1467
[internal quotation marks omitted]; *see Matter of Mosley v Dennison*,
30 AD3d 975, 976, *lv denied* 7 NY3d 712). Contrary to petitioner's
contention, "the testimony of petitioner's parole officer at the
hearing before the [Administrative Law Judge] provides substantial
evidence to support the determination with respect to the [eight]
charges concerning the violations by petitioner of his curfew [and
domestic violence conditions]" (*Mosley*, 30 AD3d at 976; *see Graham*, 46
AD3d at 1467; *see generally People ex rel. Vega v Smith*, 66 NY2d 130,
139).

Entered: March 15, 2013                        Frances E. Cafarell
                                               Clerk of the Court